IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAYAKAR MALLU | Criminal No. 21-cr-326<br><br>Hon. W. Scott Hardy |

## MOTION TO UNSEAL

AND NOW comes the United States of America by its attorneys, Joseph S. Beemsterboer, Acting Chief, Fraud Section, Criminal Division of the United States Department of Justice, and Matthew Reilly, Trial Attorney, and respectfully moves the Court to issue an Order unsealing the Information and all related paperwork filed in this case. In further support of this Motion, the United States avers as follows:

1. On August 3, 2021, the Government filed a motion to seal the Information and docket in this matter. The Court granted the Government's motion on August 5, 2021. Dkt. 6.

2. The Government no longer deems it necessary for this action to be sealed.

3. The Defendant is scheduled to appear for a change of plea hearing on September 17, 2021 before the Court.

WHEREFORE, the Government moves to unseal the Information, the amended Information, the docket, and all related paperwork, except as to the sealed supplement to the plea agreement and any exhibits to that supplement, which should remain sealed.

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section

Criminal Division
U.S. Department of Justice


By:   /s *Matt Reilly*
      Matthew Reilly
      Trial Attorney

# CERTIFICATE OF SERVICE

    I, Matthew Reilly, hereby certify that on September 16, 2021, I caused the foregoing Government's Unopposed Motion to Authorize Alternative Victim Notifications Procedures to be electronically filed with the Clerk of Court by using the Court's electronic CM/ECF filing system, which will automatically send a notice of electronic filing to all parties. The Government will also serve a copy of this motion on Defendant, as the case is currently under seal.

                                                By:    /s *Matt Reilly*
                                                            Matthew Reilly
                                                            Trial Attorney